**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-cr-02917-AJB |
| v. | **ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |
| ANGEL CISNEROS-DELGADO, | |
| Defendant | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the complaint shall be dismissed against ANGEL CISNEROS-DELGADO without prejudice.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel must prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

Dated: October 15, 2020

Hon. Anthony J. Battaglia
United States District Judge